

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

January 28, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2026
```

## MEMORANDUM ENDORSED

RE:   **WILLIAMS v. SHO TSE, LLC, et al.**
      **DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for February 5, 2026 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

To date, the defendants have not appeared on the docket or through counsel. I recently tried calling the business at issue in this matter but could not reach anyone, possibly due to the recent snowstorm.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to do so, Plaintiff intends to move for default judgment.

Respectfully,
/s/ Gabriel A. Levy

Application granted.  The Plaintiff's January 28, 2026 request to adjourn the initial pretrial conference, Dkt. No. 10, is granted.  The initial pretrial conference scheduled for February 5, 2026 is adjourned to March 5, 2026 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's November 5, 2025 order are due no later than February 26, 2026.  Plaintiff is directed to serve this order on Defendants and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  January 28, 2026
New York, New York                     GREGORY H. WOODS
                                       United States District Judge