

**LAW OFFICE OF**
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

February 27, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  2/27/2026

## MEMORANDUM ENDORSED

RE:    **WILLIAMS v. SHO TSE, LLC, et al.**
       **DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for March 6, 2026 (Doc. 11). This is plaintiff's second request for an adjournment of the initial conference.

Earlier this week, I was able to reach an employee of Sho Tse, the business at issue in this matter. I advised the employee of the upcoming conference and requested to speak with a manager or owner. The employee stated that the owner would contact me shortly. Unfortunately, I have not received any communication from the owner or anyone else associated with Sho Tse. Likewise, I have not heard from Defendant M & E Christopher LLC. At this time, it appears that the parties will not be prepared to appear for the scheduled conference.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference to afford Defendants a final opportunity to appear before Plaintiff moves for default.

I thank the Court for its time and consideration on this matter.

Application granted.  Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 12, is granted.  The initial pretrial conference scheduled for March 4, 2026 is adjourned to April 15, 2026 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's November 5, 2025 order are due no later than April 8, 2026.  Plaintiff is directed to serve this order on Defendants and retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

Respectfully,
/s/ Gabriel A. Levy

SO ORDERED.

Dated:  February 27, 2026
New York, New York

GREGORY H. WOODS
United States District Judge