USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFERY WILLIAMS,                                   :
                                                    :
                                      Plaintiff,    :
                                                    :            1:25-cv-9102-GHW
                     -against-                       :
                                                    :               ORDER
SHO TSE, LLC, *et al.*,                             :
                                                    :
                                   Defendants.   :
                                                    :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 27, 2026, Dkt. No. 13, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 8, 2026.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's February 27, 2026 order forthwith and in any event no later than April 13, 2026.  Plaintiff is directed to serve this order on Defendants and retain proof of service.

SO ORDERED.

Dated:  April 9, 2026
New York, New York
_____
GREGORY H. WOODS
United States District Judge