

## LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

April 13, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026

**MEMORANDUM ENDORSED**

RE:    **WILLIAMS v. SHO TSE, LLC, et al.**
       **DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

The undersigned represents Jeffrey Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to respectfully request that the upcoming conference be adjourned sine die.

In my February letter to the Court, I advised that I had spoken with an employee who indicated that someone would be in contact. Since then, I have made several attempts to reach the establishment but have been unsuccessful. Beginning in early April, the phone number began going directly to voicemail. Based on this, it appears the business may have ceased operations.

Accordingly, the undersigned respectfully requests that the conference be adjourned sine die while Plaintiff investigates further. Plaintiff intends to revisit the location in the coming weeks and expects to provide the Court with an update within 30 days.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted in part.  The initial pretrial conference scheduled for April 15, 2026 is adjourned to May 14, 2026 at 4:00 p.m. in Courtroom 12C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The joint letter and proposed case management plan described in the Court's February 27, 2026 order are due by May 7, 2026.  Failure to provide the required submissions when due may result in the imposition of sanctions; counsel should not expect the Court to act as a substitute for an appropriate system to calendar Court-ordered deadlines.  The Court also directs counsel to comply in the future with the Court's Individual Rule 1(E), which requires requests for adjournments or extensions of time to be made at least two business days prior to the original due date.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.
Dated:  April 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge