

LAW OFFICE OF
GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

May 6, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2026

**MEMORANDUM ENDORSED**

RE:    **WILLIAMS v. SHO TSE, LLC, et al.**
       **DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

        The undersigned represents Jeffrey Williams, the plaintiff in the above-referenced matter. I write to provide a brief status update and to respectfully request that the Court adjourn the May 14, 2026 conference by 30 days and extend Defendants' time to respond to the Complaint until the date of the rescheduled conference.

        On April 21, 2026, counsel for Defendants reached out, and the parties have since agreed to a 30-day extension and adjournment. Defendants have only recently retained counsel and are in the process of assessing the claims. The requested extension will allow Defendants to complete that assessment and permit the parties to explore early resolution.

        I thank the Court for its time and consideration on this matter.

                                                  Respectfully,
                                                  /s/ Gabriel A. Levy

Application granted.  The initial pretrial conference scheduled for May 14, 2026 is adjourned to June 18, 2026 at 4:00 p.m.  The joint letter and proposed case management plan described in the Court's February 27, 2026 order are due by June 11, 2026.  The deadline for Defendants to answer or otherwise respond to the complaint is extended to June 18, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: May 6, 2026                    _____
New York, New York                    GREGORY H. WOODS
                                      United States District Judge