

## LAW OFFICE OF
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

June 9, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2026

**MEMORANDUM ENDORSED**

RE:   **WILLIAMS v. SHO TSE, LLC, et al.**
       **DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

The undersigned represents Jeffrey Williams, the plaintiff in the above-referenced matter. I write to provide a brief status update and to respectfully request that the Court adjourn the June 18, 2026 conference by 30 days and extend Defendants' time to respond to the Complaint until the date of the rescheduled conference. This is the parties second joint request for an adjournment of the initial conference.

The adjournment is requested because Defendant is still investigating Plaintiff's claims. The parties have also not yet had an opportunity to meet and confer or prepare the required pre conference submissions.

The requested 30 day adjournment should allow Defendant sufficient time to complete its investigation and allow the parties to meaningfully discuss Plaintiff's claims, the proposed case schedule, and the possibility of early resolution.

I thank the Court for its time and consideration on this matter.

Application granted.  The initial pretrial conference scheduled for June 18, 2026 is adjourned to July 20, 2026 at 4:00 p.m.  The joint letter and proposed case management plan described in the Court's February 27, 2026 order are due by July 13, 2026.  The deadline for Defendants to answer or otherwise respond to the complaint is extended to July 20, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

Respectfully,
/s/ Gabriel A. Levy

SO ORDERED.

Dated:  June 9, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge