LAW OFFICE OF
GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

**MEMORANDUM ENDORSED**

August 11, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. SHO TSE, LLC, et al.**
**DOCKET NO. 1:25-cv-9102**

Dear Judge Woods:

The undersigned represents Plaintiff Jeffery Williams in the above referenced matter. Plaintiff respectfully requests a sixty (60) day adjournment of the initial pretrial conference currently scheduled for August 18, 2026, along with the related deadlines.

Since the last adjournment, counsel for the property owner has advised that the property is currently in receivership. Defendant Sho Tse, LLC is also no longer operating at the location. The parties are now exploring whether the matter can be resolved and are awaiting the results of an accessibility assessment performed by a consultant.

The parties need additional time to review that assessment, discuss settlement, and determine how this case should proceed, including whether the pleadings need to be amended in light of the current status of the property and tenant.

Accordingly, Plaintiff respectfully requests a sixty day adjournment of the conference and related deadlines.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted. The initial pretrial conference scheduled for August 18, 2026 is adjourned to October 20, 2026 at 3:00 p.m. The joint letter and proposed case management plan described in the Court's February 27, 2026 order are due by October 13, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge