USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JEFFERY WILLIAMS,

Plaintiff,

-v-

SHO TSE, LLC, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:25-cv-9102-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 28, 2026, Plaintiff and Defendant Sho Tse, LLC stipulated to the voluntary dismissal of Plaintiff's claims against Sho Tse, LLC. Plaintiff is directed to file a status letter regarding the remaining claims by no later than September 4, 2026.

SO ORDERED.

Dated: August 31, 2026
New York, New York

GREGORY H. WOODS
United States District Judge