USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JEFFERY WILLIAMS,

Plaintiff,

-v-

M & E CHRISTOPHER LLC,

Defendant.

---------------------------------------------------------------- X

1:25-cv-9102-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By an order dated September 5, 2026, the Court directed that it expects any application for an order to show cause for default judgment against Defendant M & E Chirstopher LLC to be filed no later than November 16, 2026. Dkt. No. 33. In light of the Court's order, the initial pretrial conference scheduled for October 20, 2026 and associated deadlines are adjourned *sine die*. Plaintiff is directed to serve a copy of this order on Defendant M & E Chirstopher LLC and to retain proof of service.

SO ORDERED.

Dated: October 14, 2026
New York, New York

_________________________________
GREGORY H. WOODS
United States District Judge